

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-13-00054-CR, 04-13-00055-CR

Jacinto **SOLIS** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2010CR9139, 2010CR9140
Honorable Juanita Vasquez-Gardner,[1] Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  March 13, 2013

DISMISSED FOR WANT OF JURISDICTION

Appellant Jacinto Solis Jr. was sentenced on July 10, 2012. Because he did not file a motion for new trial, Appellant's notices of appeal were due to be filed no later than August 9, 2012. *See* TEX. R. APP. P. 26.2(a). Our records show (1) the notices of appeal were not filed until January 15, 2013, and (2) no motions for extension of time were timely filed. *See id.* R. 26.3.

---

[1] The Honorable Ray Olivarri is now the presiding judge in the 399th Judicial District Court, Bexar County, Texas.

On February 11, 2013, we ordered Appellant to show cause in writing by February 26, 2013, why his appeals should not be dismissed for want of jurisdiction.[2]  To date, this court has not received any response to our order.

This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal.  *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction."); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).  Accordingly, these appeals are dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[2] The trial court's certifications in these appeals state that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal."  We must dismiss an appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record."  *See* TEX. R. APP. P. 25.2(d).